

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-229

**Effective Date of Registration:**
August 19, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Radiate Positivity |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 05, 2018 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Brittany Hefren |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brittany Hefren |
| | 41 Maple Rd, Lake Albert, 2650, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Brittany Hefren |
| **Email:** | britthefren@gmail.com |
| **Address:** | 41 Maple Rd |
| | Lake Albert 2650 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 18, 2025 |
| **Applicant's Tracking Number:** | BH2025081901 |

**Copyright Office notes:** Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

