# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Brittany Hefren

          Plaintiff,

v.

          Case No.:
          1:26−cv−05852

          Honorable Sunil R. Harjani

The Partnerships and Unincorporated Associations
Identified on Schedule A

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

     MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's ex parte motion for leave to conduct expedited discovery and electronic service of process [12] is granted as to Defendant No. 1 in Amended Schedule A. Electronic service of process does not violate any treaty and is consistent with due process because it effectively communicates the pendency of this action to defendant. Expedited discovery is warranted to identify the individuals or business entities who own and/or operate the e−commerce store under the seller alias, the nature of their operations, all associated sales, and the financial accounts used for their operations. By 7/8/2026, Plaintiff shall file a status report with an update on the case. Telephone status hearing is set for 7/15/2026 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.