**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRITTANY HEFREN,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-05852

Judge Sunil R. Harjani

Magistrate Judge M. David Weisman

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.     I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, BRITTANY HEFREN ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.     This Court entered an Order permitting Plaintiff to complete service of process to Defendant pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail address provided for Defendant by third parties that includes a link to said website.

3.     I hereby certify that on June 19, 2026, I sent an e-mail containing a copy of the Complaint, Summons, Minute Entry Order [15], and Order for Leave to Conduct Expedited Discovery and Electronic Service to the e-mail address associated with the account at the Roadget Business Pte. Ltd. ("SHEIN") Marketplace, as identified and provided for Defendant by third parties.

4.    I hereby certify that on or before June 19, 2026, I electronically published the Complaint, Summons, Minute Entry Order [15], and Order for Leave to Conduct Expedited Discovery and Electronic Service on a website.

5.    I hereby certify that on June 19, 2026, I sent an e-mail containing a copy of the Complaint, Summons, Minute Entry Order [15], and Order for Leave to Conduct Expedited Discovery and Electronic Service to the e-mail address associated with the account at the SHEIN Marketplace, as identified and provided by third parties for Defendant, that includes a link to said website.

6.    The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*