AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Northern Illinois |
|---|---|
| DOCKET NO.  1:26-cv-05852    DATE FILED  5/20/2026 | |

| PLAINTIFF<br>Brittany Hefren | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas Bruton | (BY) DEPUTY CLERK<br>C. Kellens | DATE<br>7/1/2026 |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-229

**Effective Date of Registration:**
August 19, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Radiate Positivity |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 05, 2018 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Brittany Hefren |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brittany Hefren |
| | 41 Maple Rd, Lake Albert, 2650, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Brittany Hefren |
| **Email:** | britthefren@gmail.com |
| **Address:** | 41 Maple Rd |
| | Lake Albert 2650 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 18, 2025 |
| **Applicant's Tracking Number:** | BH2025081901 |

Page 1 of 2

**Copyright Office notes:** Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Brittany Hefren

                                        Plaintiff,

v.                                                              Case No.:
                                                                1:26−cv−05852
                                                                Honorable Sunil R.
                                                                Harjani

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                        Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 30, 2026:


        MINUTE entry before the Honorable Sunil R. Harjani: Pursuant to Plaintiff's
notice of voluntary dismissal [21] and Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is
dismissed without prejudice as to the remaining defendant with each party to bear its own
costs and fees. All pending motions, hearings, and deadlines are stricken. Civil case
terminated. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.